**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

───────────

**No. 06-1291**

───────────

WILFREDO GONZALEZ LORA,

                                    Plaintiff - Appellant,

          versus

THOMAS M. HOLLENHORST, Virginia Assistant
United States Attorney, personal and official
capacity; WILLIAM FITZPATRICK, Special
Assistant United States Attorney, official and
personal capacity; EUGENE ROSSI, Special
Assistant United States Attorney; TIMOTHY
MCGRATH, Special Agent for the Drug
Enforcement Administration, official and
personal capacity,

                                    Defendants - Appellees.

───────────

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria. Leonie M. Brinkema, District
Judge. (1:03-cv-00449-LMB)

───────────

Submitted: November 22, 2006      Decided: December 12, 2006

───────────

Before SHEDD and DUNCAN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

───────────

Affirmed by unpublished per curiam opinion.

───────────

Wilfredo Gonzalez Lora, Appellant Pro Se. Leslie Bonner McClendon,
OFFICE OF THE UNITED STATES ATTORNEY, Alexandria, Virginia, for
Appellees.

───────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Wilfredo Gonzalez Lora appeals the district court's order denying his motion filed under Fed. R. Civ. P. 60(b), in which he sought reconsideration of the court's prior orders denying reconsideration and dismissing his breach of contract action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Lora v. Hollenhorst, No. 1:03-cv-00449-LMB (E.D. Va. filed Jan. 11, 2006 & entered Jan. 17, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED